SAMUEL LEVY, Appellant, v. MAX BERNSTEIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH KELLY, an Infant, by His Guardian ad Litem, JOSEPH KELLY, Respondent, v. JAMES TASSI and Others, Individually and as Copartners, etc., Appellants. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH KELLY, Respondent, v. JAMES TASSI and Others, Individually and as Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

N. SOBEL, INC., Appellant, v. MAX HITTELMAN, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS BRESLIN, Respondent, v. SAMUEL BREAKSTONE and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

COLUMBIA SIX CORPORATION, Appellant, v. COLUMBIA MOTORS CO., a Corporation Organized under the Laws of the State of Michigan, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PETER D. ERRANI, Appellant, v. JOSEPH VEDOVATO and Another, Doing Business under the Name of INDEPENDENT MOSAIC AND TILE COMPANY, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements and the motion for a bill of particulars as to item No. 4 denied. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CLASSIC THEATRE CORPORATION, Respondent, v. THE CITY OF NEW YORK, Impleaded with PATRICK MCGOVERN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

COLONIAL KNITTING MILLS, INC., Appellant, v. HOSIERY MANUFACTURERS CORPORATION, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY GORDON, Appellant, v. IRVING BANK-COLUMBIA TRUST COMPANY, Defendant. C. K. WILLIAMS & COMPANY, Respondent.— Order affirmed, with